Entered on Docket
June 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Lisa M. Poulin, Trustee for
USA Investment Partners, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 07-11821-LBR<br>Chapter 11 |
| USA INVESTMENT PARTNERS, LLC | |
| Debtor. | Date:  June 22, 2007<br>Time: 1:30 p.m. |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW RE MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019

The Motion to Approve Settlement Agreement Pursuant to Fed. R. Bankr. Proc. 9019 ("Motion") filed by USA Investment Partners, a Nevada limited liability company ("Debtor"), having come on for hearing before this Court on June 22, 2007, Lisa M. Poulin, the Chapter 11 Trustee ("Trustee") for the Debtor having been represented by Gerald M. Gordon, Esq., of the law firm of Gordon & Silver, Ltd., and other appearances as duly noted on the record.[1]

As orally set forth on the record, the Court considered the Motion and papers and

_____
[1] Terms not otherwise defined herein, shall be as defined in the Settlement Agreement.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

101202-001/484290

1    pleadings in support thereof, all oppositions thereto, the arguments of counsel, other pleadings,

2    papers, documents, cases and precedents as orally identified by the Court on the record

3    pertaining to this Case.

4        In accordance with Fed. Rules Civ. Proc. Rule 52, as adopted pursuant to Fed. R. Bankr.

5    7052 made applicable by operation of Fed. R. Bankr. Proc. 9014, the Court has set forth orally

6    and recorded in open court its findings of facts and conclusions of law in support of the Order

7    Approving Motion to Approve Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019

8    ("Order"), and such findings and conclusions are incorporated herein.  The Court enters these

9    additional findings of fact and conclusions of law:

**FINDINGS OF FACT**

11        1.  The Settlement Agreement, a copy of which is attached to the 9019 Motion, as

12   Exhibit "A", is the result of good faith, arms-length negotiation by the parties thereto.

13       2.  The Disputes settled by the Settlement Agreement are complex.  The continued

14   prosecution and defense of the Disputes would necessarily be protracted and costly to the Estate.

15   The eventual outcome of the Disputes is uncertain.

16       3.  Notice of the Motion and the hearing on the Motion was proper and appropriately

17   provided by the Debtor to its creditors, equity security holder(s) and all parties in interest in this

18   Case.

19       4.  Any Findings of Fact that are more properly described as Conclusions of Law shall be

20   deemed Conclusions of Law.

**CONCLUSIONS OF LAW**

22       1.  For the reasons and in reliance upon the Findings of Fact, the resolution of the

23   Disputes within the scope of the Settlement Agreement is fair and reasonable and satisfies the

24   standards of Fed. R. Bankr. P. 9019(a) and The Protective Comm. for Indep. Stockholders of

25   TMT Trailer Ferry v. Anderson, 390 U.S. 414 (1958) and In re A&C Properties, 784 F.2d 1377

26   (9th Cir. 1986).

27       2.  Any Conclusions of Law that are more properly described as findings of Fact shall be

28   / / /

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

101202-001/484290

2

1  deemed Findings of Fact.

2
   Prepared And Submitted:
3
   GORDON & SILVER, LTD.
4

5  By:

6      GERALD M. GORDON, ESQ.
       GREGORY E. GARMAN, ESQ.
       ERIC C. VAN, ESQ.
7      Attorneys for Lisa M. Poulin, Trustee for
       USA Investment Partners, LLC
8

9      **APPROVED/DISAPPROVED:**          **APPROVED/DISAPPROVED:**

10     GERRARD, COX & LARSEN              BECKLEY SINGLETON

11
   By                                     By:
12     Douglas D. Gerrard, Esq.               Anne Loraditch, Esq.
       Attorneys for Salvatore J. Reale       Attorneys for USA Capital Diversified
13                                            Trust Deed

14

15                              ###

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

101202-001/484290

3

1    deemed Findings of Fact.

2

3    Prepared And Submitted:

     GORDON & SILVER, LTD.
4

5    By:

6        GERALD M. GORDON, ESQ.
         GREGORY E. GARMAN, ESQ.
         ERIC C. VAN, ESQ.
7        Attorneys for Lisa M. Poulin, Trustee for
         USA Investment Partners, LLC
8

9    **APPROVED/DISAPPROVED:**                    **APPROVED/DISAPPROVED:**

10   GERRARD, COX & LARSEN                         BECKLEY SINGLETON

11

12   By_____                    By_____
        Douglas D. Gerrard, Esq.                      Anne Loraditch, Esq.
        Attorneys for Salvatore J. Reale              Attorneys for USA Capital Diversified
13                                                     Trust Deed

14

15                                                 ###

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555            101202-001/484290                         3