RECEIVED AND [FILED] PNC

MAR 30  12 50 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney  Teresa Pilatowicz  law firm Gordon Silver
   Bar #  9605
2  Address  3960 Howard Hughes Pkwy.
   Las vegas, Nevada 89169
3  Phone #  702-796-5555
   e-mail address _____

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:                                              Bankruptcy No.: 07-11821-LBR
                                                    Chapter: 11
USA INVESTMENT PARTNERS, LLC                        Trustee: Lisa Poulin USA

           Debtor.                                  **CHANGE OF ADDRESS OF:**
                                                    ( ) **DEBTOR**
                                                    (✓) **CREDITOR**
                                                    ( ) **OTHER**

This address change applies to (please check all that apply):

[ ] Notices only     [ ] Payments from Trustee     [✓] Both Notices and payments

I request that notice be sent to the following address: (please print)

Name
Portnoff Building
Address
285 Francisco St.

Henderson        Nevada         89014
City             State          Zip Code

Please check one of the following:

[ ] The change of address is applicable only in the above captioned case.

[✓] The change of address is also applicable in the following related cases: (*please list the case numbers*) USA COMMERCIAL MORTGAGE CO. BK-S-06-10725-LBR  also USA CAPITAL_____.

DATE: 3/29/11                                 *Sarah Portnoff*
                                              SIGNATURE
                                              Portnoff Building

NV_4002(ChangeofAddress_DB012-09).wpd